COLUMBIA IDEAL QUILTING Co., INC., Respondent, v. GEORGE RUBIN, Individu-

ally and as President of ROYAL QUILTING Co., INC., and Others, Appellants, and Others, Defendants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Young, Kapper, Carswell and Davis, JJ.